**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| JANICE K. JENNINGS, | ) | Case No. 03-04937-3F7 |
| Debtor. | ) | |
| | ) | |
| BRANDON JAMES MAXFIELD, | ) | |
| Plaintiff, | ) | Adversary No. 07-308 |
| v. | ) | |
| JANICE K. JENNINGS, | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEAL**

Pursuant to Rule 8001(a), Federal Rules of Bankruptcy Procedure, and 28 U.S.C. § 158(a), creditor, Brandon James Maxfield, appeals to the United States District Court for the Middle District of Florida the Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment [Docket No. 40] entered on January 7, 2010 by the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division (Judge Funk).

The names of all parties to the order appealed from and the names, addresses and telephone number of their respective attorneys are as follows:

1. <u>Brandon James Maxfield, Plaintiff</u>

    Richard R. Thames, Esq.
    Stutsman Thames & Markey, P.A.
    50 North Laura Street, Suite 1600
    Jacksonville, Florida 32202
    (904) 358-4000

2. <u>Janice K. Jennings, Defendant</u>

    Raymond R. Magley, Esq.
    Smith Hulsey & Busey, P.A.
    1800 First Union Bank Tower
    225 Water Street
    Jacksonville, Florida 32202
    (904) 359-7700)

**STUTSMAN THAMES & MARKEY, P.A.**

*/s/ Richard R. Thames*
By_____
    Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Brandon James Maxfield

## Certificate of Service

I hereby certify that, on January 14, 2010, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing all parties who have consented to receiving electronic notifications in this case.

/s/ Richard R. Thames
_____
Attorney

70124

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

## APPEAL COVER SHEET

| Appellant: | Appellee: |
|---|---|
| Brandon James Maxfield | Janice K. Jennings |
| Bankruptcy Case No: 3:05-bk-03762 | |
| Adversary Case No: 07-308 | |
| **Attorney:** | **Attorney:** |
| Richard R. Thames, Esq. | Raymond R. Magley, Esq. |
| Stutsman Thames & Markey, P.A. | Smith Hulsey & Busey |
| 50 North Laura Street, Suite 1600 | 225 Water Street |
| Jacksonville, Florida 32202 | Jacksonville, Florida 32202 |
| (904) 358-4000 | (904) 359-7700 |

## NATURE OF PROCEEDING

[✓] **Appeal pursuant to 28 U.S.C. § 158(a)**
Notice of Appeal Filed: 1/14/10
Date of Order Appealed: 1/14/10
Title of Order Appealed: Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment

Debtor's County of Residence: Denton County, Texas

[ ] **Motion to Withdraw Reference**
Filed: _____ By: _____

[ ] **Interlocutory Appeal**
Title of Interlocutory Order or Decree:
Date of Order or Decree:
Brief Description of Matter Appealed:

[ ] **Motion for Leave to Appeal**
Date Filed:

[ ] **Other**

[ ] **Designation in Appeal**
Have arrangements been made with Court Reporter for Transcript?
Yes _____ No _____
If not, do you intend to do so? N/A
If ordered, on what date?

_____
Attorney/Appellant

70125