**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| JANICE K. JENNINGS, | ) | Case No. 6:10-cv-265-Orl-31 |
| Debtor. | ) | |
| _____ | ) | On Appeal from the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division; Case No. 03-04937-3F7; Adversary No. 07-308 |
| BRANDON JAMES MAXFIELD, | ) | |
| Appellant, | ) | |
| v. | ) | |
| JANICE K. JENNINGS, | ) | |
| Appellee. | ) | |
| _____ | ) | |

**APPENDIX TO APPELLANT'S INITIAL BRIEF**

Richard R. Thames, Esq.
STUTSMAN THAMES & MARKEY, P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Appellant

1. January 7, 2010 Order Denying Plaintiff's Motion For Summary Judgment and Granting Defendant's Motion for Summary Judgement [Adversary No. 07-ap-308 - Docket No. 40]

2. January 8, 2010 Judgment in Favor of Defendant [Adversary No. 07-ap-308 - Docket No. 41]

3. June 12, 2007 Findings of Fact and Conclusions of Law [*In re B.L. Jennings, Inc.*, 373 B.R. 742 (Bank. M.D. Fla. 2007)]

4. June 11, 2009 Order Affirming in Part and Remanding in Part the Decision of the Bankruptcy Court [District Court Case No. 6:08-cv-01845 - Docket No. 18]

71257